**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KORDY RICE,

     Plaintiff,

    v.

A. GEUPING, et al.,

     Defendants.

No. 2:24-cv-07397-MRA-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. *See* ECF 45. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation (ECF 45) is accepted.

2. Defendants' Motion to Dismiss (ECF 39) is **granted** to the extent that it seeks to dismiss Plaintiff's excessive force claim against Defendant Moisa for the December 2022 incident.

3. Plaintiff shall either file a First Amended Complaint remedying the deficiencies detailed herein or notify the Court that he wishes to proceed on the

claims not dismissed **within 30 days of this Order**.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: March 13, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2